```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION
```

SUSAN M. HANSEN,                )
                                )
         Plaintiff,             )
                                )
    v.                          )
                                )
LIBERTY PARTNERS, LLC and       )
MAINSTREET HOMES, LLC           )
d/b/a MAINSTREET HOMES REALTY,  )
                                )
         Defendants.            )
                                )
    AND                         )     Case No. 3:04-1099
                                )     Judge Echols
LIBERTY PARTNERS, LLC,          )
                                )
         Counter-Plaintiff,     )
                                )
    v.                          )
                                )
SUSAN HANSEN,                   )
                                )
         Counter-Defendant.     )

## ORDER

For the reasons set forth in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) The Motion for Summary Judgment filed by Defendant Liberty Partners, LLC as to Plaintiff's claims and as to Liberty Partners' counterclaim (Docket Entry No. 32) is hereby DENIED;

(2) The Motion for Summary Judgment filed by Defendant MainStreet Homes, LLC (Docket Entry No. 35) is hereby DENIED;

(3) Plaintiff's Objections to MainStreet Homes' Reply (Docket Entry No. 65) are hereby OVERRULED;

1

(4) Plaintiff's Objections to MainStreet Homes' Responses to Plaintiff's Statement of Material Facts (Docket Entry No. 66) are hereby OVERRULED; and

(5) Plaintiff's Motion for Leave to File Objections to Liberty Partners' Reply (Docket Entry No. 67) is hereby DENIED.

This case will proceed to trial as scheduled commencing at **9:00 a.m.** on **February 7, 2006**. The final pretrial conference will be held as scheduled on **January 9, 2006**, at **2:30 p.m.** (Docket Entry No. 18).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE