```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
         NASHVILLE DIVISION
```

SUSAN M. HANSEN,              )
                              )
        Plaintiff,            )
                              )
    v.                        )
                              )
LIBERTY PARTNERS, LLC and     )
MAINSTREET HOMES, LLC         )
d/b/a MAINSTREET HOMES REALTY,)
                              )
        Defendants.           )
                              )
    AND                       )   Case No. 3:04-1099
                              )   Judge Echols
LIBERTY PARTNERS, LLC,        )
                              )
        Counter-Plaintiff,    )
                              )
    v.                        )
                              )
SUSAN HANSEN,                 )
                              )
        Counter-Defendant.    )

## ORDER

For the reasons set forth in the Memorandum entered contemporaneously herewith, Plaintiff Susan M. Hansen's "Motion for Entry of Default Judgment" (Docket Entry No. 30) is hereby DENIED. Plaintiff's "Motion to Withdraw Motion for Entry of Default Judgment" (Docket Entry No. 54) is hereby DENIED AS MOOT. Defendant Liberty Partners LLC's "Motion for the Institution of Rule 11 Sanctions" (Docket Entry No. 43) is hereby DENIED.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE